**93-2174.** Cleveland Bar Assn. v. Danner. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Herbert A. Danner, Attorney Registration No. 0025433, last known address in Casper, Wyoming, is found in contempt for failure to comply with this court's order of March 23, 1994: to wit, failure to surrender his Certificate of Admission and failure to file an Affidavit of Compliance.

**93-2181.** Mahoning Cty. Bar Assn. v. Cregan. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Lawrence V. Cregan, Attorney Registration No. 0001226, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of July 13, 1994, to wit: failure to pay board costs in the amount of $800.71, failure to file an Affidavit of Compliance, and failure to surrender his Certificate of Admission.

**93-2203.** Medina Cty. Bar Assn. v. Morrison. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Elroy G. Morrison, Attorney Registration No. 0020105, last known address in Lodi, Ohio, is found in contempt for failure to comply with this court's order of April 20, 1994, to wit: failure to surrender his Certificate of Admission and to file an Affidavit of Compliance.

**93-2204.** Disciplinary Counsel v. Elliott. It is ordered by the court, *sua sponte,* effective August 10, 1995, that John Wakeman Elliott, Attorney Registration No. 0011749, last known address in Delaware, Ohio, is found in contempt for failure to comply with this court's order of April 27, 1994, to wit: failure to surrender his Certificate of Admission and to file an Affidavit of Compliance, and failure to pay board costs, including any accrued interest.

**93-2518.** Cincinnati Bar Assn. v. Alterkruse. It is ordered by the court, *sua sponte,* effective August 10, 1995, that John L. Alterkruse, Jr., Attorney Registration No. 0032062, last known business address in Forrest Park, Ohio, is found in contempt for failure to comply with this court's order of May 11, 1995, to wit: failure to surrender his Certification of Admission and to file an Affidavit of Compliance.

**93-2531.** Akron Bar Assn. v. Brustoski. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Warren Paul Brustoski, Attorney Registration No. 0041112, last known address in Akron, Ohio, is found in contempt for failure to comply with this court's orders of March 23, 1995 and August 15, 1995, to wit: failure to pay board costs in the amount of $664.18.

**94-973.** Cincinnati Bar Assn. v. Evans. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Walter Colbert Evans, Attorney Registration No. 0042881, last known address in Chillicothe, Ohio, is found in contempt for failure to comply with this court's order of November 16, 1994, to wit: failure to surrender his Certificate of Admission, file an Affidavit of Compliance, and pay board costs in the amount of $112.83.

**94-1576.** In re Resignation of Clauder. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Michael Arthur Clauder, Attorney Registration No. 0031987, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of July 28, 1994, to wit: failure to surrender his Certificate of Admission and failure to file an Affidavit of Compliance.

**94-2493.** In re Connaughton. It is ordered by the court, *sua sponte,* effective August 10, 1995, that Daniel Connaughton, Attorney Registration No. 0033821, last known address in Hamilton, Ohio, is found in contempt for failure to comply with this court's order of December 1, 1994, to wit: failure to file an Affidavit of Compliance.

## *Tuesday, August 15, 1995*
## MOTION DOCKET

**95-677.** State ex rel. The Cincinnati Enquirer v. Cincinnati. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On August 7, 1995, respondent filed a merit brief that was due August 3, 1995. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a brief that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the merit brief be, and hereby is, stricken, and that, accordingly, the stipulation for extension of time to file a reply brief also be, and hereby is, stricken.